

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

JUL 1 8 2006

UNITED STATES OF AMERICA

v.

ERNEST PRICE
  a/k/a Tony Black
JAMES WILLIAMS

**JUDGE BUCKLO**    **06CR**   **0518**

MAGISTRATE JUDGE MARIA VALDEZ
UNITED STATES DISTRICT COURT

)
)
)
)
)
)
)

**MAGISTRATE JUDGE KEYS**

Violations: Title 18, United States Code
Section 922 (g)(1); and Title 21, United
States Code, Section 841(a)(1)

**FILED**

J.N    JUL 1 8 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**COUNT ONE**

The SPECIAL FEBRUARY 2005-1 GRAND JURY charges:

On or about June 29, 2005, at Chicago, in the Northern District of Illinois, Eastern

Division,

ERNEST PRICE
a/k/a/ Tony Black,

defendant herein, knowingly and intentionally distributed a controlled substance, namely, in

excess of five grams of mixtures containing cocaine base in the form of crack cocaine, a

Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

**RECEIVED**

JUL 1 8 2006

MAGISTRATE JUDGE MARIA VALDEZ
UNITED STATES DISTRICT COURT

## COUNT TWO

The SPECIAL FEBRUARY 2005-1 GRAND JURY further charges:

On or about July 15, 2005, at Downers Grove, in the Northern District of Illinois,

Eastern Division,

### ERNEST PRICE
a/k/a Tony Black,

defendant herein, knowingly and intentionally distributed a controlled substance, namely, in

excess of five grams of mixtures containing cocaine base in the form of crack cocaine, a

Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

The SPECIAL FEBRUARY 2005-1 GRAND JURY further charges:

On or about September 13, 2005, at Chicago, in the Northern District of Illinois,

Eastern Division,

ERNEST PRICE
a/k/a/ Tony Black,

defendant herein, having previously been convicted of a crime punishable by a term of

imprisonment exceeding one year, knowingly possessed a firearm, in and affecting interstate

commerce, in that the firearm had traveled in interstate commerce prior to the defendant's

possession of the firearm on September 13, 2005, namely a Hi-Point 9mm semi-automatic

pistol, model C-9, serial number P115649,

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FOUR

The SPECIAL FEBRUARY 2005-1 GRAND JURY further charges:

On or about September 23, 2005, at Downers Grove, in the Northern District of

Illinois, Eastern Division,

ERNEST PRICE
a/k/a Tony Black,

defendant herein, knowingly and intentionally distributed a controlled substance, namely, in

excess of five grams of mixtures containing cocaine base in the form of crack cocaine, a

Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

4

## COUNT FIVE

The SPECIAL FEBRUARY 2005-1 GRAND JURY further charges:

On or about November 29, 2005, at Hillside, in the Northern District of Illinois, Eastern Division,

ERNEST PRICE
a/k/a/ Tony Black,

defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed a firearm, in and affecting interstate commerce, in that the firearm had traveled in interstate commerce prior to the defendant's possession of the firearm on November 29, 2005, namely, a Davis Industries .32 caliber Derringer, model D-32, serial number 078999,

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT SIX

The SPECIAL FEBRUARY 2005-1 GRAND JURY further charges:

On or about November 29, 2005, at Hillside, in the Northern District of Illinois,

Eastern Division,

ERNEST PRICE
a/k/a Tony Black,

defendant herein, knowingly and intentionally distributed a controlled substance, namely, in

excess of fifty grams of mixtures containing cocaine base in the form of crack cocaine, a

Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SEVEN

The SPECIAL FEBRUARY 2005-1 GRAND JURY further charges:

On or about January 27, 2006, at HILLSIDE, in the Northern District of Illinois,

Eastern Division,

ERNEST PRICE
a/k/a/ Tony Black and
JAMES WILLIAMS,

defendants herein, knowingly and intentionally distributed a controlled substance, namely,

in excess of fifty grams of mixtures containing cocaine base in the form of crack cocaine, a

Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATION

The SPECIAL FEBRUARY 2005-1 GRAND JURY further charges:

1.      The allegations contained in COUNT III and COUNT V of this Indictment are realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.      As a result of his violation of Title 18, United States Code, Section 922(g)(1), as alleged in the foregoing Indictment,

ERNEST PRICE
a/k/a/ Tony Black,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section, 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all right, title, and interest he may have in any property involved in the charged offenses.

3.      The interest of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) including one Davis Industries, .32 caliber derringer, model D-32, serial number 078999, and one Hi-Point 9mm semi-automatic pistol, serial number P115649;

All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

8